FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MASIS BAGDASARYAN, an individual; VERZHIN BAGDASARYAN, an individual; MASIS BAGDASARYAN as Trustee of the MASIS AND VERZHIN BAGDASARYAN TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> BAYVIEW LOAN SERVICING, LLC; M&T BANK; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 14-06691 SJO (VBKx) <br><br> **JURY VERDICT FORMS** <br><br> Trial Date: June 20, 2017 <br> Time: 8:30 A.M. <br> Ctrm: 10C <br><br> *Assigned to: Honorable S. James Otero* <br> *Referred to: Magistrate Judge Victor B. Kenton* |

///
///
///
///
///
///
///
///

**Jury Verdict Forms**

We, the jury, in the above-entitled action, find the following unanimous special verdict:

## SPECIAL VERDICT FORM 1:
## FAIR DEBT COLLECTION PRACTICES ACT

### Question 1

Did Plaintiffs prove by a preponderance of the evidence that Defendants violated the Fair Debt Collection Practices Act ("FDCPA")?

Check "Yes" or "No" after the name of each Defendant:

Bayview Loan Servicing, LLC     YES _____  NO __X__

M & T Bank                      YES _____  NO __X__

(If "Yes" to both Defendants, please answer Question 2. If "Yes" to one Defendant, please answer Question 2 with respect to that Defendant only. If "No" to both, please sign and date Special Verdict Form 1, and proceed to Special Verdict Form 2.)

### Question 2

What amount of actual damages, if any, did Plaintiffs prove by a preponderance of the evidence that it suffered as a result of Defendants' violation(s) of the FDCPA?

Bayview Loan Servicing, LLC:

    As to Masis Bagdasaryan          $_____

    As to Verzhin Bagdasaryan        $_____

M & T Bank:

    As to Masis Bagdasaryan          $_____

    As to Verzhin Bagdasaryan        $_____

(Please proceed to Question 3.)

### Question 3

What amount of statutory damages, if any, did Plaintiffs prove by a preponderance of the evidence that it suffered as a result of Defendants' violation(s) of the FDCPA? You may award no greater than $1,000 per Plaintiff per Defendant.

Bayview Loan Servicing, LLC:

    As to Masis Bagdasaryan    $ _____

    As to Verzhin Bagdasaryan    $ _____

M & T Bank:

    As to Masis Bagdasaryan    $ _____

    As to Verzhin Bagdasaryan    $ _____

**YOU ARE NOW AT THE END OF SPECIAL VERDICT FORM 1.**

**Please date and sign this form and proceed to Special Verdict Form 2.**

Date: 06/23/2017

Name and Signature of Foreperson     *Redacted Signature of foreperson*

# SPECIAL VERDICT FORM 2:
# ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

### Question 1

Did Plaintiffs prove by a preponderance of the evidence that Defendants violated the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act")?

Check "Yes" or "No" after the name of each Defendant:

Bayview Loan Servicing, LLC    YES _____  NO __X__

M & T Bank                      YES _____  NO __X__

(If "Yes" to both Defendants, please answer Question 2. If "Yes" to one Defendant, please answer Question 2 with respect to that Defendant only. If "No" to both, please sign and date Special Verdict Form 2, and proceed to Special Verdict Form 3.)

### Question 2

What amount of actual damages, if any, did Plaintiffs prove by a preponderance of the evidence that it suffered as a result of Defendants' violation(s) of the Rosenthal Act?

Bayview Loan Servicing, LLC:

    As to Masis Bagdasaryan         $_____

    As to Verzhin Bagdasaryan       $_____

M & T Bank:

    As to Masis Bagdasaryan         $_____

    As to Verzhin Bagdasaryan       $_____

(Please proceed to Question 3.)

**Question 3**

What amount of statutory damages, if any, did Plaintiffs prove by a preponderance of the evidence that it suffered as a result of Defendants' violation(s) of the Rosenthal Act? You may award no less than $100 and no greater than $1,000 per Plaintiff per Defendant.

Bayview Loan Servicing, LLC:

    As to Masis Bagdasaryan    $ _____

    As to Verzhin Bagdasaryan    $ _____

M & T Bank:

    As to Masis Bagdasaryan    $ _____

    As to Verzhin Bagdasaryan    $ _____

**YOU ARE NOW AT THE END OF SPECIAL VERDICT FORM 2.**

Please date and sign this form and proceed to Special Verdict Form 3.

Date: 06/23/2017

Name and Signature of Foreperson: *Redacted Signature of Foreperson*

## SPECIAL VERDICT FORM 3:
## UNFAIR COMPETITION LAW

### Question 1

Did Plaintiffs prove by a preponderance of the evidence that Defendants violated the Unfair Competition Law ("UCL") by engaging in unlawful, unfair, and/or fraudulent business practices?

Check "Yes" or "No" after the name of each Defendant:

| | | |
|---|---|---|
| Bayview Loan Servicing, LLC | YES ____ | NO __X__ |
| M & T Bank | YES ____ | NO __X__ |

(If "Yes" to both Defendants, please answer Question 2. If "Yes" to one Defendant, please answer Question 2 with respect to that Defendant only. If "No" to both, please sign and date Special Verdict Form 3.)

### Question 2

What amount in restitution, if any, did Plaintiffs prove by a preponderance of the evidence under the UCL?

$ _____

**YOU ARE NOW AT THE END OF SPECIAL VERDICT FORM 3.**

**Please date and sign this form. Inform the Court Clerk that you have completed your deliberations.**

Date: 06/23/2017

Name and Signature of Foreperson: _Redacted Signature of fore person_